EDWIN RUDOLPH, an Infant under the Age of Fourteen Years, by JEAN H. F. RUDOLPH, His Guardian ad Litem, and JEAN H. F. RUDOLPH, Appellants, v. THE CITY OF NEW YORK and ELLA CHARLAND, Respondents.— Action for damages for injuries suffered by an infant plaintiff by reason of a fall on a sidewalk, resulting

from his coming in contact with a wire fence which enclosed a hedge. Companion action by his guardian *ad litem* for loss of services and expenses. Judgment for the defendants unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.